a reasonable demand to be made for the return of the judgment debtor to custody, and that a demand made in April, 1923, was not a reasonable demand, nor a demand made within a reasonable time; that there was no evidence that plaintiff had sustained any damage because of the failure of the judgment debtor to return to custody in compliance with the demand of April 27, 1918; and that on April 27, 1923, the time within which he could be lawfully arrested had expired.

*Charles Capron Marsh* and *Rolph Thayer Marsh* for appellant.

*Clarence Alexander* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

E. RODGERS SYLVESTER, Appellant, *v.* NEW YORK HERALD COMPANY, Respondent.

*Master and servant — article written by plaintiff in course of employment printed by defendant, his employer, under name of another — complaint states no cause of action in absence of allegation of violation of contract or custom or of special damage.*

*Sylvester* v. *New York Herald Co.*, 214 App. Div. 713, affirmed.
(Submitted March 30, 1926; decided May 4, 1926.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 26, 1925, which unanimously affirmed a judgment in favor of defendant entered upon an order of Special Term granting a motion by defendant for a dismissal of the complaint. Defendant printed an article, written by plaintiff, one of its employees, without affixing his name thereto and ascribing it to another person. This action was brought to recover for alleged damage to plaintiff's reputation and property rights. There was no allegation of any contract that plaintiff's productions either should be printed under his name or should not be printed under the name of another, nor

was any custom to that effect set up nor special damages pleaded.

*Maxwell C. Katz* and *Otto C. Sommerich* for appellant.
*R. O. Willguss* and *John Lehman* for respondent.

Judgment affirmed, w'th costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

MARIE POULSEN, Appellant, *v.* PETER POULSEN, Respondent.

*Husband and wife — divorce — complaint in action for divorce properly dismissed.*

*Poulsen* v. *Poulsen*, 215 App. Div. 861, affirmed.
(Submitted March 30, 1926; decided May 4, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 15, 1926, modifying and affirming as modified a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action for divorce.

*Bernard Swartz* for appellant.
*Merritt N. Baker* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

MORRIS ARNHEIM, Respondent, *v.* SIMON E. HECHT et al., Appellants.

*Negligence — streets — defect in covering of vault maintained in front of premises — injury to pedestrian from fall caused by catching foot in hole.*

*Arnheim* v. *Hecht*, 215 App. Div. 764, affirmed.
(Argued March 31, 1926; decided May 4, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 17, 1925, affirming a judgment in